# UNITED STATES DISTRICT COURT

for the

Western District of New York

BARNEY PERRY SR.
240 W. DELAVAN AVE.
Buffalo N.Y. 14213-1401

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

PUBLIC STORAGE c/o MATTHEW SHAFFER
2733 William Street
CHEEKTOWAGA N.Y. 14227

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 26 CV 1801

*(to be filled in by the Clerk's Office)*

**JURY TRIAL:** Yes X No ___ (if needed)

UNITED STATES DISTRICT COURT
FILED
AUG 24 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(~~Prisoner~~ Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: BARNEY PERRY, BARNEY B. PERRY, SR.

All other names by which you have been known: REV. BARNEY B. PERRY SR, BARNEY BLAIR PERRY

ID Number: —

Current Institution: —

Address: 240 WEST DELAVAN AVE.

BUFFALO (City) N.Y. (State) 14213 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: MATTHEW SHAFFER

Job or Title *(if known)*: REGIONAL MANAGER - PRESIDENT.

Shield Number:

Employer: PUBLIC STORAGE

Address: 2733 WILLIAM STREET

CHEEKTOWAGA (City) N.Y. (State) 14227 (Zip Code)

☒ Individual capacity ☒ Official capacity

Defendant No. 2

Name: MIKE

Job or Title *(if known)*: CLERK

Shield Number:

Employer: PUBLIC STORAGE

Address: 2733 WILLIAM STREET

BUFFALO (City) N.Y. (State) 14227 (Zip Code)

☒ Individual capacity ☒ Official capacity

Defendant No. 3

Name: ASHLEY MEDDLER

Job or Title *(if known)*: CLERK

Shield Number:

Employer: PUBLIC STORAGE

Address: 2733 William Street

CHEEKTOWAGA (City) NY (State) 14227 (Zip Code)

☒ Individual capacity ☒ Official capacity

Defendant No. 4

Name: TOM OR MIKE

Job or Title *(if known)*: CLERK

Shield Number: —

Employer: PUBLIC STORAGE

Address: 2733 William Street

CHEEKTOWAGA (City) N.Y. (State) 14227 (Zip Code)

☒ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

THE DEPRIVATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO PRIVATE PROPERTY OWNERSHIP. THE CONSUMER PROTECTION LAWS VIOLATED BY DEFENDANTS - WRONGFUL SEIZURE OF PLAINTIFF'S PROPERTY, MULTIPLE BREACH OF CONTRACT, PLAINTIFF'S PROPERTY LOSS, PLAINTIFF DENIED ACCESS TO HIS PROPERTY. THE CHEEKTOWAGA POLICE AT DEFENDANTS REQUEST, BANNED PLAINTIFF AND ORDERED PLAINTIFF TO LEAVE AND NOT COME BACK TO DEFENDANT PUBLIC STORAGE. PLAINTIFF ALLEGE THAT HIS PROPERTY IS WRONGFULLY ROBBED AND AUCTIONED BY DEFENDANTS PUBLIC STORAGE / PLAINTIFF OWN TITLES OF OWNERSHIP TO HIS VEHICLES.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? WRONGFUL SEIZURE AND STORAGE LEIN SALES, PROPERTY LOSS, BREACH OF CONTRACT - PLAINTIFF CIVIL RIGHTS OWNERSHIP TO PERSONAL BUSINESS PROPERTY IN DEFENDANTS PUBLIC STORAGE FACILITY. PROPERTY MAY HAVE BEEN ROBBED AND AUCTIONED. THE DEFENDANT DENIED PLAINTIFF ACCESS TO HIS PROPERTY. PLAINTIFF'S CIVIL RIGHTS TO PRIVATE PROPERTY HAS BEEN WRONGFULLY SEIZED BY DEFENDANT. THE PLAINTIFF WRONGFULLY ORDERED TO LEAVE AND STAY AWAY FROM DEFENDANTS PUBLIC STORAGE

C. - AFTER PAYING RENT, POLICE ORDERED PLAINTIFF TO STAY AWAY. THE PLAINTIFF WAS WRONGFULLY DENIED ACCESS TO HIS STORAGE SO THAT HE COULD MOVE OUT. PLAINTIFF CALLED THE CHEEKTOWAGA POLICE. (SEE EXHIBIT # BARNEY PERRY TO CHEEKTOWAGA POLICE AND COURT)

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

PLAINTIFF SUING UNDER SECTION 1983; DEFENDANTS ACTED UNDER COLOR OF STATE AND LOCAL LAW. DEFENDANT VIOLATED CONSUMER PROTECTION LAW. WITH BREACH OF CONTRACT, WRONGFUL RENT DISPUTES, SEISURE OF PLAINTIFF PROPERTY, AND BLOCKING PLAINTIFF FROM MOVING OUT OF PUBLIC STORAGE. THE PLAINTIFF ALSO SUES UNDER BIVENS LAW BECAUSE HIS CONSTITUTIONAL RIGHTS TO PROPERTY OWNERSHIP AND ACCESS TO HIS PROPERTY HAS BEEN VIOLATED. (SEE EXHIBITS - CORRESPONDECE OF DISPUTES. )

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)* PLAINTIFF A SENIOR CITIZEN WITH HEALTH DISABILITIES

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** If the events giving rise to your claim arose outside an institution, describe where and when they arose.

THE EVENT HAPPENED ON AUGUST 1, 2026 AROUND 11:15AM. PLAINTIFF PAID HIS RENT TO DEFENDANT WITH USPS CHECK, BY HAND. THEN PLAINTIFF WENT TO HIS STORAGE SPACE AT 522 + 719 TO PREPARE MOVING OUT. PLAINTIFF THEN LEARNED THAT DEFENDANT CHANGED LOCKS. PLAINTIFF TELEPHONED DEFENDANT TO REMOVE LOCKS; DEFENDANT SAID NO. DEFENDANT SAID HE HAD AUCTIONED PLAINTIFF'S PROPERTY. PLAINTIFF THEN CALLED POLICE AND TOLD THEM ROBBERY AND THEFT BY DEFENDANTS.

**B.** If the events giving rise to your claim arose in an institution, describe where and when they arose.

THE POLICE CAME TO PUBLIC STORAGE AND DISCUSSED THE LOCKOUT AGAINST PLAINTIFF. THE DEFENDANT AGAIN STATED; HE WOULD NOT OPEN STORAGE UNIT AND THAT THEY HAD AUCTIONED PLAINTIFF'S PROPERTY. THE POLICE THEN TOLD PLAINTIFF THAT HE MUST LEAVE DEFENDANTS PUBLIC STORAGE. POLICE THEN TOLD PLAINTIFF HE NEED TO PURSUE COURT ACTION. THE DEFENDANT REFUSED TO OPEN PLAINTIFF'S STORAGE UNIT. POLICE THEN ORDERED PLAINTIFF TO LEAVE DEFENDANTS PUBLIC STORAGE. THE PLAINTIFF CANNOT MOVE OUT OF PUBLIC STORAGE SPACE # 522 + 719.

NOTE: TO AUCTION VEHICLES WITHOUT THE TITLE OF OWNERSHIP IS A CRIME. (SEE DMV)

C. What date and approximate time did the events giving rise to your claim(s) occur?

AUGUST 1, 2026 @ 11:20 Am (THE PlAiNtiff PAID His Rent due on 08/1/2026.)

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

FOR OVER THREE YEARS, THE PLAINTIFF HAS been TRYING TO MOVE OUT OF PUBLIC STORAGE. OVER AND OVER THE DEFENDANTS OBSTRUCTED PLAINTIFF MOVING OUT WITH RENT DISPUTES and LOCKOUTS. THE DEFENDANTS WOULD DISPUTE PLAINTIFF RENT OVER AND OVER, LOCKING PLAINTIFF OUT, CHANGING LOCKS, CAUSING PLAINTIFF TO NOT BE ABLE TO MOVE OUT, PLAINTIFFS HEALTH DISABILITIES WOULD WORSEN. (SEE EXHIBITS I + II) PlaintiFF LOST Potential INCOME FROM His BUSINESS because He HAD NO VEHICLES to GET WORK.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

YES, DEFENDANTS CAUSE TRAUMA, DEPRESSION, AND WORSENING OF PlaintiFFS HEALTH DISABILITIES. LAST YEAR 2025, THE PLAINTIFF WAS AdmiTTED INTO HOSPITAL FOR HEART SURGERY AND DIABETIES. THE DEFENDANTS CONTINUED TO DISPUTE PLAINTIFF RENT PAYMENT. THE DEFENDANTS STATED THEY would LOWER RENT PAYMENT BUT NEVER DID LOWER RENT. (see EXHIBITS # I 09/25 + 08/25 + 07/25)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. (EXHIBITS) PLAINTIFF PETITION COURT TO RESTRAIN DEFENDANT, PETITIONS COURT TO RESTRAIN DEFENDANTS FROM BLOCKING Plaintiff moving OUT OF PUBLIC STORAGE. THE PLAINTIFF RENT IS PAID IN FULL UNTIL AUGUST 31, 2026. PLAINTIFF NEEDS TO MOVE OUT of Public Storage. THE PLAINTIFF PETITIONS COURT TO ORDER DEFENDANTS to STOP BILLING FOR RENT. DEFENDANTS ORDERED BY COURT TO CANCEL All DISPUTES ON RENT and A MORATORIUM on Plaintiff Rent Until Dec 31, 2026. THE COURT TO ORDER PUNITIVE DAMAGES AGAINST DEFENDANT IN Amount of FIFTY, million Dollars ($50,000,000.-) THE DEFENDANT DISPUTE HAS CAUSED PLAINTIFF, EXCESSIVE TRAUMA, DEPRESSION, CAUSING His Health DISABILITIES TO WORSEN. THE Plaintiff WAS HOSPITALIZED IN 2025 FOR HEALTH COLLAPSED HEART AND DIABETIES Complications, leading to Heart Surgery. THE PLAINTIFF REQUESTS PUNITIVE DAMAGES in AMOUNT OF $50,000,000.- (FIFTY million Dollars). FOR CRIMINAL CONSPIRACY DISPUTES AGAINST THE PLAINTIFF. FOR ACTS ALLEGED, DEFENDANTS Continue DISPUTES, THREATS, CAUSING TRAUMA, DEPRESSION, HEART and DIABETIES Complications and a SUBSTANTIAL LOSS OF INCOME FROM PLAINTIFFS BUSINESS OPERATIONS. Plaintiffs Business EQUIPMENT WAS LOCKED AWAY IN DEFENDANTS STORAGE UNIT #522 + #719, unable to be used by Plaintiff FOR His Business OPERATIONS. Plaintiff WORKS AS a Performing ARTIST making APPEARANCES AROUND THE COUNTRY. Plaintiff also WORKS AS an INSPIRATIONAL CHRISTIAN EVANGELIST. THE PLAINTIFFS EQUIPMENT IN STORAGE is ESSENTIAL TO His BUSINESS OPERATIONS. COURT TO ORDER DEFENDANTS to PAY THE $50,000,000.- (FIFTY million Dollars) PUNITIVE DAMAGES. COURT TO ORDER DEFENDANTS to STAY AWAY from PLAINTIFF while He moves out of STORAGE SPACES # 522 ~~+~~ #719.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." (SEE EXHIBITS-DISPUTES)

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies. SEE PLAINTIFFS EXHIBITS (THE PAYMENTS AND DISPUTES) 8/2026 to 2023 (EXHIBITS I) + (EXHIBITS II)

A. ~~Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?~~

☐ Yes "THE PLAINTIFF/PETITIONER IS NOT A PRISONER." THE PLAINTIFF IS A 73 year old SENIOR CITIZEN WITH HEALTH DISABILITIES - THAT HINDERED HIS MOVING OUT OF DEFENDANTS-PUBLIC STORAGE

☒ No

If yes, name the jail, prison, or ~~other correctional facility where you were confined at the time of the events giving rise to your claim~~(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

**D.** Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

N/A (NOT APPROPRIATE)

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

N/A

**E.** If you did file a grievance:

1. Where did you file the grievance? PRIOR TO AUGUST 1, 2026, EVENT, PLAINTIFF HAS CALLED → and TEXT THE CHEEKTOWAGA POLICE three OR MORE TIMES. (See EXHIBIT I Pg. & EXH. II) RE: DISPUTE WITH DEFENDANT PUBLIC STORAGE. ~~SEE (EXHIBIT) TO CHEEKTOWAGA POLICE - 8/12/2026 (EXHIBIT) #I~~ I + II

2. What did you claim in your grievance? PLAINTIFF CLAIMES OWNERSHIP OVER All of ll of His PROPERTY AT PUBLIC STORAGE, INCLUDING His THREE BUSINESS AUTOMOBILES. THE PLAINTIFF REQUESTED THE CHEEKTOWAGA POLICE + COURT TO ISSUE A RESTRAINING ORDER AGAINST DEFENDANT PUBLIC STORAGE. THE RESTRAINING ORDER WOULD ALLOW PLAINTIFF TO ENTER INTO HIS STORAGE UNITS #719 + 522, AND GATHER UP HIS PROPERTY AND MOVE OUT OF PUBLIC STORAGE. THE PLAINTIFF HAS PAID All OF HIS RENTS UNTIL AUGUST 31, 2026.

3. What was the result, if any? - THE PLAINTIFF HAS NOT HEARD FROM THE POLICE or COURT. THE DEFENDANT HAS NOT RESPONDED TO THE PLAINTIFF SINCE 08/1/2026, and THE TELEPHONE CALL ON AUGUST 4, 2026.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
THE PLAINTIFF HAS NOT HEARD FROM THE CHEEKTOWAGA POLICE and CHEEKTOWAGA COURT. (EXHIBIT) PERTAINING TO RESTRAINING ORDER and POLICE REPORT AGAINST PUBLIC STORAGE. THE GRIEVING PROCESS is COMPLETE.
THE PLAINTIFF BELIEVES THAT HIS GRIEVING PROCESS is COMPLETE AND READY FOR JUDGEMENT FROM THE DISTRICT COURT. THE PLAINTIFFS Claims → RIGHTFULLY BELONG IN THE UNITED STATES FEDERAL COURT.
IT IS A CRIME TO AUCTION, ROB or SELL AUTOMOBILES WITHOUT THE OWNER SIGNING OVER THE TITLE OF OWNERSHIP TO THE AUCTIONEER. THE DEFENDANT MAKES FRAUDULENT Claims TO THE PLAINTIFF'S (3) CLASSIC CARS THAT ARE VALUABLE PROPERTY. THE PLAINTIFF OWNS THE TITLES TO THESE AUTOMOBILES.

**F.** If you did not file a grievance: YES (SEE EXHIBIT PG: I+II) PLAINTIFF SENT TEXT MESSAGES TO CHEEKTOWAGA POLICE AS PART OF HIS GRIEVING PROCESS.

1. If there are any reasons why you ~~did not~~ file a grievance, state them here: GRIEVANCES WERE FILED (SEE EXHIBITS, PG: I CORRESPONDANCES) AND TELEPHONE CALLS PETITIONER MADE TO DEFENDANT MATTHEW SHAFFER ON AUGUST 1, 2026. CORRESPONDENCE GRIEVANCE, MADE TO MATTHEW SHAFFER. ON AUGUST 4, 2026, MATTHEW SHAFFER WOULD NOT OPEN PUBLIC STORAGE TO PLAINTIFF, PLAINTIFF FILED GRIEVANCES AGAINST PUBLIC STORAGE SINCE 2023. (SEE EXHIBITS I + II)

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: PRIOR TO 8/1/2026 THE PLAINTIFF LEFT SEVERAL TEXT/TELEPHONE MESSAGES WITH CHEEKTOWAGA POLICE. (SEE EXHIBITS I + II) POLICE CAME THREE TIMES. THE DEFENDANTS WERE ADAMANT AND WOULD NOT OPEN THE STORAGE UNIT. THE PLAINTIFF CALLED THE CHEEKTOWAGA POLICE; TWO OFFICERS CAME AND MET THE DEFENDANTS. THE DEFENDANTS WERE ADAMANT AND WOULD NOT REMOVE THEIR LOCKS OFF PLAINTIFF STORAGE UNIT. DEFENDANT ORDERED POLICE TO REMOVE PLAINTIFF FROM PUBLIC STORAGE.

**G.** Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. YES SEE EXHIBITS # I+II (2026 TO 2023) CORRESPONDENCES BETWEEN PLAINTIFF AND DEFENDANT. CONTINUOUS DISPUTE BETWEEN PLAINTIFF AND DEFENDANT. AUGUST 1, 2026, THE DEFENDANTS GAVE POLICE A COPY OF THEIR INVALID LEIN NOTICE. THE PLAINTIFF ALLEGES THAT THE DEFENDANTS PROCURED A WAR AGAINST PLAINTIFF TO DESTROY HIM THROUGH CONTINUOUS DISPUTE OVER RENT MONEY, AND LOCKING PLAINTIFF OUT OF HIS STORAGE UNITS.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* SEE EXHIBITS I+II (PAGES 2026 - TO 2023) SEE EXHIBITS I + II

* PLAINTIFF ALLEGES THAT HE IS A VICTIM OF DEFENDANTS RACISM, JEALOUSY AND GREED, AND PANDERING WITH CRIMINALS WHO ARE AGAINST PLAINTIFF.

## VIII. Previous Lawsuits

N/A

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

NOTE: NEW YORK STATE LANDLORD/TENANT LAW STATES THAT: RENT CAN ONLY BE CHANGED ONE TIME PER YEAR, IN THIS MATTER, THE DEFENDANT CHANGED THE PLAINTIFFS RENT EVERY MONTH THEN, DISPUTED RENT AND THREATEND PLAINTIFF WITH LEINS AND AUCTIONS. SEE EXHIBITS I + II

**A.** Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

**B.** If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit NONE

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __________

3. Docket or index number

   __________

4. Name of Judge assigned to your case

   __________

5. Approximate date of filing lawsuit

   __________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: AUGUST 17, 2026

Signature of Plaintiff: Rev. Barney B. Perry / Barney Perry Sr.

Printed Name of Plaintiff: REV. BARNEY B. PERRY

~~Prison Identification #~~: 240 W. DELAVAN AVE.

~~Prison Address~~: ___

BUFFALO (City) N.Y. (State) 14213 (Zip Code)

### B. For Attorneys

Date of signing: ___

Signature of Attorney: ___

Printed Name of Attorney: ___

Bar Number: ___

Name of Law Firm: ___

Address: ___

City ___ State ___ Zip Code ___

Telephone Number: ___

E-mail Address: ___



Print | Save As... | Add Attachment | Reset

UNITED STATES DISTRICT COURT for THE
WESTERN DISTRICT OF NEW YORK

CASE NO.
_____ CV- _____

PLAINTIFF; BARNEY PERRY SR.
240 W. DELAVAN AVE.
BUFFALO NEW YORK 14213-1404
(716) 885-2956

JURY TRIAL YES

V

PUBLIC STORAGE c/o
MATTHEW SHAFFER - REGIONAL MANAGER
2733 William Street
CHEEKTOWAGA, N.Y. 14227
(716) 893-3900
DEFENDANT

- THE PLAINTIFF -

EXHIBITS - I A (PAGES #1-25)

EXHIBIT: IA of IB + EXHIBIT II

UNITED STATES POSTAL SERVICE.

WEST SIDE BUFFALO
465 GRANT ST
BUFFALO, NY 14213-9998
www.usps.com

08/01/2026 08:48 AM

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| Money Order | | | $700.00 |
| Serial#: 55217839028 | | | |
| Money Order Fee | | | $3.75 |
| Total | | | $703.75 |
| U.S. Flag 2026 | 1 | $0.82 | $0.82 |
| Grand Total: | | | $704.57 |
| Cash | | | $705.00 |
| Change: -$0.43 | | | |
| Rounded Change Due | | | -$0.45 |

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team that delivers! The Postal Service is actively hiring for full and part-time positions. To learn more visit us at www.usps.com/careers

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 351008-0213
Receipt #: 840-51400095-1-7366661-1

POSTAL MONEY ORDER

Serial Number 55217839028

Year, Month, Day 2026 08 01 Post Office 142131

Amount: Seven Hundred Dollars and 00/100 U.S. Dollars and Cents $700.00

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

Pay to: [illegible]
Address: 2233 William Street
Cheektowaga N.Y. 14227

From: Barney Perry
Address: 240 W. Delavan Ave.
Buffalo N.Y. 14213

UNITED STATES POSTAL SERVICE

© 2025 United States Postal Service. All Rights Reserved.

⑆000001193⑆ 55217839028⑈

EXHIBIT-IA
(Pages#1-25)

EXHIBITS (1) 8/1/2026

# CHEEKTOWAGA POLICE

3223 UNION ROAD
CHEEKTOWAGA, NY 14227
(716)686-3500

RESPECT ~ HONOR ~ INTEGRITY ~ DISCIPLINE

CHEEKTOWAGA STATE OF NEW YORK POLICE 1932

**Complaint #** 26-641103

**Date of Incident:** 8/1/26

**Time of Incident:** 1149

**Officer(s):** 1029

Cheektowaga Police CD Form (Rev. 12/2024)

Ex. (2) 8/1/26

Public Storage

2733 William Street
Cheektowaga, NY 14227-1819

MAILED FROM ZIP CODE 90052

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
LOS ANGELES, CA
PERMIT NO. 896

RETURN SERVICE REQUESTED

T2 P1*******************AUTO**MIXED AADC 900
BARNEY b PERRY
240 W DELAVAN AVE 120
BUFFALO, NY 14213-1404

Public Storage

2733 William Street
Cheektowaga, NY 14227-1819
(716) 213-6759

Date: April 3, 2026
**Account Number:** 50891752
**Space Number:** 0522

**WE'VE RECEIVED PARTIAL PAYMENT ON YOUR LIENED SPACE**

Barney,

Your recent payment of $210.00 on April 2, 2026 covers part but not all of your account balance. **As of the date of this mailing, $596.80 is still due, and it's important that you arrange an immediate payment.**

Please note that:

**-Your partial payment does not stop the sale of your property.**
-Your partial payment does not constitute payment in full of all sums past due and delinquent under the Rental Agreement.
-The amount owed will continue to increase at the rates provided in your Rental Agreement until paid in full or your property is sold.

Sincerely,
**Your Public Storage Team**

Ex (3r) 8/1/2026

The information contained in this message is confidential and intended only for the recipient to which it was given.
© 2016 Public Storage. All rights reserved.

Public Storage
District manager
Matthew Shaffer
716-893-3900

Exh. (4) 08/1/2026